**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

SAMUEL WALTON,

                Plaintiff,

                                         9:24-CV-906
      v.                                  (MAD/DJS)

SGT. RONALD TALLMAN, *et al.*,

                Defendants.

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| SIVIN, MILLER & ROCHE LLP<br>*Attorney for Plaintiff*<br>20 Vesey Street<br>Suite 1400<br>New York, New York 10007 | DAVID ROCHE, ESQ. |
| HON. LETITIA JAMES<br>New York State Attorney General<br>*Attorney for Defendants*<br>The Capitol<br>Albany, New York 12224 | JAMES D. TAYLOR, ESQ.<br>Assistant Attorney General |

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

As part of the Court's previous directive, *see* Dkt. No. 36, counsel for Defendants was instructed to provide to Chambers an unredacted copy of the Investigative Report prepared by the Office of Special Investigations related to incidents that occurred at Auburn Correctional Facility between August 9, 2021, and August 13, 2021 (the "File"). The File was provided to the Court on July 2, 2026. The File was Bate stamped and is

- 1 -

688 pages in total.  The *in camera* review of the File is now complete, and the Court directs that the following pages be produced by Defendants' counsel to Plaintiff's counsel:

pages 1 through 5, with the names of all incarcerated individuals and corresponding DIN numbers redacted except for Plaintiff on page 3 and Matthews on page 1;

page 53;

pages 515 through 527; and

the bottom of page 680 through the top of page 681.

The Court further directs that counsel for the Defendants immediately retrieve the File from the Court's Courtroom Deputy, Sandra Light.

**IT IS SO ORDERED.**

Dated:   July 14, 2026
           Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge